520

■
**James E. MILES, Appellant**

v.

**Dr. Russell O. SETTLE, Warden, etc.**
No. 16597.

United States Court of Appeals
Eighth Circuit.
Sept. 28, 1960.

James E. Miles, pro se.

PER CURIAM.

Leave denied to proceed in forma pauperis and appeal dismissed.

**UNITED STATES FIRE INSURANCE CO., Appellant**

v.

**VANTINE PAINT AND GLASS CO., etc., et al. (two cases).**
Nos. 16548, 16549.

United States Court of Appeals
Eighth Circuit.
Sept. 19, 1960.

F. E. Saefke, Jr., Bismarck, N. D., for appellant.

Clifford Jansonius, Bismarck, N. D., Philip B. Vogel, Fargo, N. D., and William R. Pearce, Bismarck, N. D., for appellees.

PER CURIAM.

Appeals from District Court dismissed for want of prosecution on motions of appellees.

■
**Richard Dunn COOK, Appellant**

v.

**UNITED STATES of America.**
No. 16564.

United States Court of Appeals
Eighth Circuit.
Sept. 20, 1960.

Wm. J. Fletcher, Clayton, Mo., for appellant.

Wm. H. Webster, U. S. Atty., St. Louis, Mo., and Albert H. Hamel, Asst. U. S. Atty., Clayton, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.